IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.70.197.251

**ISP:** Verizon Internet Services
**Physical Location:** Morristown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/21/2016 21:34:16 | FCF07B18C2484D6A0276998E5464695CE08C014B | Girl Crush |
| 09/21/2016 21:32:58 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 09/21/2016 21:31:06 | 80ED9D4F91BF0532B8C47CDDCDE3C775C23B5565 | Luvv Me Tender |
| 08/16/2016 23:45:39 | 3989C75390216477D3D887ED942838E3A739B353 | Hungry For Your Love |
| 08/16/2016 23:22:11 | 9FE8353BDF2AB5A1E20014BEE747C33A645E189B | The Call Girl |
| 08/16/2016 22:44:58 | 0640C1743D1B7E68227C4577084741FFB8D59DF1 | Fireball |
| 08/16/2016 22:40:33 | 33A6C0141765603295CDCACCC19FEA8AAE1029DF | Love Her Madly |
| 07/02/2016 20:34:26 | 989D3AAB52ED5C5479D21B00229D881241A1CBDA | Starting Over |
| 07/02/2016 18:32:10 | 1FC5E648840BEA30026D0118B571677E2AC3E0CB | Alone With You |
| 07/02/2016 13:30:16 | 247E501D88E758575F7B0D0D00EE3DEB41C648F2 | Farewell |
| 06/24/2016 23:09:11 | 3561DB86C081EBADA01DA1F62D3946C3CDB096FF | Pink Kitty |
| 06/24/2016 22:02:42 | ADFC811745F594226B1B17C3EA09C02836965574 | Triple Blonde Fantasy |
| 06/14/2016 21:52:50 | 745699EDDA4BE5A3CD86C65A55A2E6520FEBE0B5 | Chloe In Couture |
| 06/14/2016 21:40:45 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 06/07/2016 21:57:09 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 06/02/2016 22:24:09 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 05/25/2016 21:58:39 | AD478D7FB2ADE03C23216220C34BB862B84639BD | In the Garden of Ecstasy |
| 05/17/2016 01:19:39 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 05/17/2016 01:04:47 | 356078EFC37BD400ECA10FF358515B09181F757A | Fine Fingerfucking |
| 04/24/2016 17:11:10 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 04/24/2016 17:05:32 | 6661D457FE5AB0C6AF0C3C64E83C043968F5208E | Threesome With a View |
| 04/20/2016 01:18:47 | DF7BECA848BF6DB498ECAA1479B9D3B31E99B891 | Nina Needs It Now |

EXHIBIT A

CNJ614

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/02/2016 18:29:51 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 03/27/2016 14:02:18 | A880646BE4BA6ED1C268D7A82316EE46EBD3B8E1 | Four Play |
| 03/25/2016 23:15:51 | AC3307D2D37E7B5023434EE0DF45485C0FB358D6 | Susie Forever |

**Total Statutory Claims Against Defendant: 25**

EXHIBIT A

CNJ614